IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BREA UNION PLAZA I, LLC,

    Appellant,

v.                                              Civil Action No. 3:18cv419

TOYS "R" US, INC. *et al.*,

    Appellees.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court DENIES the Motion to Stay. (ECF No. 2.) The Court also DENIES AS MOOT the Motion to Expedite Consideration. (ECF No. 4.)

It is so ORDERED.

                                                                       /s/
                                                         M. Hannah Lauck
                                                       United States District Judge

Date: 7/23/18
Richmond, Virginia