IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TOYS "R" US, INC., *et al.*, | ) ) | Bankr. Case No. 17-34665 (KLP) |
| Debtors. | ) ) ) | (Jointly Administered) |
| BREA UNION PLAZA I, LLC, | ) ) ) |  |
| Appellant, | ) ) |  |
| v. | ) ) | Case No. 3:18-cv-00419-MHL |
| TOYS "R" US, INC., *et al.*, | ) ) |  |
| Appellees | ) ) |  |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules for the United States District Court for the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned, counsel for appellee, the above-captioned debtors and debtors-in-possession, makes the following disclosures:

1. Thirty-two and five tenths percent (32.5%,) of the equity of Toys "R" Us, Inc. is directly owned by affiliates of Bain Capital Investors, LLC, thirty-two and five tenths percent (32.5%,) of the equity of Toys "R" Us, Inc. is directly owned by Toybox Holdings, LLC, thirty-two and five tenths percent (32.5%,) of the equity of Toys "R" Us, Inc. is directly owned by Vornado Truck LLC, and no publicly traded corporation directly owns more than ten percent (10%) of Toys "R" Us, Inc.'s equity.

2. One hundred percent (100%) of the equity of Geoffrey Holdings, LLC is directly owned by Toys "R" Us - Delaware Inc., and no publicly traded corporation directly owns any equity of Geoffrey Holdings, LLC.

3. One hundred percent (100%) of the equity of Geoffrey International, LLC is directly owned by Geoffrey, LLC, and no publicly traded corporation directly owns any equity of Geoffrey International, LLC.

4. One hundred percent (100%) of the equity of Geoffrey, LLC is directly owned by Geoffrey Holdings, LLC, and no publicly traded corporation directly owns any equity of Geoffrey, LLC.

5. One hundred percent (100%) of the equity of Giraffe Holdings, LLC is directly owned by Toys "R" Us - Delaware Inc., and no publicly traded corporation directly owns any equity of Giraffe Holdings, LLC.

6. One hundred percent (100%) of the equity of Giraffe Junior Holdings, LLC is directly owned by Giraffe Holdings, LLC, and no publicly traded corporation directly owns any equity of Giraffe Junior Holdings, LLC.

7. One hundred percent (100%) of the equity of MAP 2005 Real Estate, LLC is directly owned by Toys "R" Us, Inc., and no publicly traded corporation directly owns any equity of MAP 2005 Real Estate, LLC.

8. One hundred percent (100%) of the equity of Toys "R" Us - Delaware Inc. is directly owned by Toys "R" Us, Inc., and no publicly traded corporation directly owns any equity of Toys "R" Us - Delaware Inc.

9. One hundred percent (100%) of the equity of Toys "R" Us- Value, Inc. is directly owned by Toys "R" Us, Inc., and no publicly traded corporation directly owns any equity of Toys "R" Us- Value, Inc.

10. One hundred percent (100%) of the equity of Toys "R" Us Europe, LLC is directly owned by Toys "R" Us, Inc., and no publicly traded corporation directly owns any equity of Toys "R" Us Europe, LLC.

11. One hundred percent (100%) of the equity of Toys "R" Us Property Company II, LLC is directly owned by Giraffe Junior Holdings, LLC, and no publicly traded corporation directly owns any equity of Toys "R" Us Property Company II, LLC.

12. One hundred percent (100%) of the equity of Toys Acquisition, LLC is directly owned by Toys "R" Us - Delaware Inc., and no publicly traded corporation directly owns any equity of Toys Acquisition, LLC.

13. One hundred percent (100%) of the equity of TRU - SVC, Inc. is directly owned by Toys "R" Us - Delaware Inc., and no publicly traded corporation directly owns any equity of TRU - SVC, Inc.

14. One hundred percent (100%) of the equity of TRU Asia, LLC is directly owned by TRU Taj LLC, and no publicly traded corporation directly owns any equity of TRU Asia, LLC.

15. One hundred percent (100%) of the equity of TRU Guam, LLC is directly owned by Toys "R" Us - Delaware Inc., and no publicly traded corporation directly owns any equity of TRU Guam, LLC.

16. One hundred percent (100%) of the equity of TRU Mobility, LLC is directly owned by Toys "R" Us, Inc., and no publicly traded corporation directly owns any equity of TRU Mobility, LLC.

17. One hundred percent (100%) of the equity of TRU of Puerto Rico, Inc. is directly owned by Toys "R" Us - Delaware Inc., and no publicly traded corporation directly owns any equity of TRU of Puerto Rico, Inc.

18. One hundred percent (100%) of the equity of TRU Taj (Europe) Holdings, LLC is directly owned by TRU Taj LLC, and no publicly traded corporation directly owns any equity of TRU Taj (Europe) Holdings, LLC.

19. One hundred percent (100%) of the equity of TRU Taj Finance, Inc. is directly owned by TRU Taj LLC, and no publicly traded corporation directly owns any equity of TRU Taj Finance, Inc.

20. One hundred percent (100%) of the equity of TRU Taj Holdings 1, LLC is directly owned by Toys "R" Us Europe, LLC, and no publicly traded corporation directly owns any equity of TRU Taj Holdings 1, LLC.

21. One hundred percent (100%) of the equity of TRU Taj Holdings 2 Limited is directly owned by TRU Taj Holdings 1, LLC, and no publicly traded corporation directly owns any equity of TRU Taj Holdings 2 Limited.

22. One hundred percent (100%) of the equity of TRU Taj Holdings 3, LLC is directly owned by TRU Taj Holdings 2 Limited, and no publicly traded corporation directly owns any equity of TRU Taj Holdings 3, LLC.

23. One hundred percent (100%) of the equity of TRU Taj LLC is directly owned by TRU Taj Holdings 3, LLC, and no publicly traded corporation directly owns any equity of TRU Taj LLC.

24. One hundred percent (100%) of the equity of Wayne Real Estate Parent Company, LLC is directly owned by TRU Taj LLC, and no publicly traded corporation directly owns any equity of Wayne Real Estate Parent Company, LLC.

[*Remainder of page intentionally left blank.*]

Richmond, Virginia
Dated:  July 31, 2018

/s/ *Jeremy S. Williams*

| | |
|---|---|
| **KUTAK ROCK LLP** | **KIRKLAND & ELLIS LLP** |
| Michael A. Condyles (VA 27807) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Peter J. Barrett (VA 46179) | Edward O. Sassower, P.C. |
| Jeremy S. Williams (VA 77469) | Joshua A. Sussberg, P.C. |
| 901 East Byrd Street, Suite 1000 | 601 Lexington Avenue |
| Richmond, Virginia 23219-4071 | New York, New York 10022 |
| Telephone:   (804) 644-1700 | Telephone:    (212) 446-4800 |
| Facsimile:   (804) 783-6192 | Facsimile:    (212) 446-4900 |
| Email:   Michael.Condyles@KutakRock.com | Email:    edward.sassower@kirkland.com |
|          Peter.Barrett@KutakRock.com |           joshua.sussberg@kirkland.com |
|          Jeremy.Williams@KutakRock.com | |
| *Counsel to the Appellees* | **-**and- |

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C.
Emily E. Geier
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
          anup.sathy@kirkland.com
          chad.husnick@kirkland.com
          emily.geier@kirkland.com

*Counsel to the Appellees*